UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL CLEMENT,

        Plaintiff,

   v.

TEACHERS COLLEGE, COLUMBIA
UNIVERSITY, and PATRICK
MATHERLIER, *Individually*,

        Defendants.

No. 26 CV 1744 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The parties are informed that many decades ago, I represented Columbia in a tenure matter.

    Also, the firm in which my husband was a partner, Cahill Gordon & Reindel, represented Columbia, but he did not work on any of those matters and is no longer a partner.

**SO ORDERED.**

Dated:    March 4, 2026
        New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1