UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL CLEMENT,

Plaintiff,

-against-

TEACHERS COLLEGE, COLUMBIA UNIVERSITY and PATRICK MATHELIER,

Defendants.

26-CV-1744 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The parties shall appear for an initial conference on July 21, 2026 at 11:00 AM.

**SO ORDERED.**

Dated: New York, New York
July 9, 2026

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge