WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

July 14, 2026

**Celena R. Mayo**
212.915.5854 (direct)
Celena.Mayo@wilsonelser.com

***VIA* ECF**

Honorable Loretta A. Preska, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12A
New York, New York 10007

**RE: Michael Clement v. Teachers College, Columbia University and Patrick Mathelier**
**Docket No. 1:26-CV-01744 (LAP)**
**Our File No. 22643.00096**

Dear Judge Preska:

Our office represents institutional Defendant Teachers College, Columbia University, and individual Defendant Patrick Mathelier (jointly "College Defendants") in the above-referenced matter. We write, with plaintiff's consent, to respectfully request an adjournment of the Initial Conference scheduled for July 21, 2026, at 11:00 A.M.

We make this request because defense counsel currently has a scheduling conflict that will prevent attendance at the conference. In order to prevent any additional scheduling conflicts, our offices jointly propose the following alternate dates for the initial conference: 8/10, 8/12, or 8/19.

This is our first request for an adjournment of the initial conference and no pending deadlines will be affected by the enlargement.

We thank the Court for its time and consideration in this matter.

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

Celena R. Mayo
Tatjana Calimpong-Burke

The conference is adjourned to August 10, 2026 at 2:00 PM.

**SO ORDERED.**

Loretta A. Preska
Senior United States District Judge

July 15, 2026