PHILLIPS & ASSOCIATES
*Attorneys at Law*
45 BROADWAY, 28TH FLOOR, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

August 11, 2026

**By ECF**
The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12A
New York, NY 10007

**Re:** ***Michael Clement v. Teachers College, Columbia University and Patrick Mathelier***
**Docket No. 26-cv-01744-LAP**

Dear Judge Preska:

This office represents Plaintiff Michael Clement in the above matter. I write to respectfully request an adjournment of the settlement conference scheduled for October 8, 2026, due to a scheduling conflict. This is Plaintiff's first request for an adjournment of this conference, and counsel for Defendants has consented. The Parties have conferred regarding a new date and are available on the following days:

- October 5, 6, 7, and 15

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

Morgan L. Mickelsen

cc: To all counsel of record (*by ECF*)

The conference is adjourned to October 15, 2026 at 10:00 AM.

**SO ORDERED.**

Loretta A. Preska
Senior United States District Judge

August 25, 2026